FILED
JAN 25 2022
PATRICK KEANEY
Clerk, U.S. District Court
By_____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| *Plaintiff,* | |
| v. | Case No. **CR 22-012 RAW** |
| ANTHONY BRIAN WALKER, | |
| *Defendant.* | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT ONE

### MURDER IN INDIAN COUNTRY
### [18 U.S.C. §§ 1111(a), 1151 & 1153]

On or about November 29, 2021, within the Eastern District of Oklahoma, in Indian Country, the Defendant, **ANTHONY BRIAN WALKER**, an Indian, willfully, deliberately, maliciously, and with premeditation and malice aforethought, did unlawfully kill Jason Edward Hubbard, Jr., in violation of Title 18, United States Code, Sections 1111(a), 1151, and 1153.

A TRUE BILL:

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY

CHRISTOPHER J. WILSON
United States Attorney

T. CAMERON MCEWEN, AL BAR # 7161-R67M
Assistant United States Attorney